# UNITED STATES BANKRUPTCY COURT

*Central District of California*

| Debtor(s) Name: | For Court Use Only | FILED |
|---|---|---|
| **Plaintiff** VERA'S ESCROW SERVICES INC | | **OCT 12 2004** |
| **Defendant** GUTIERREZ, JEAN JOYCE | | CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY  LRL  DEPUTY CLERK |

| | |
|---|---|
| **Chapter:** 7 | **ORDER CLOSING ADVERSARY PROCEEDING** |
| **Case Number:** LA01-25533-ER | |
| **Adversary Number:** LA04-02039-ER | |

The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.

*By Order of the United States Bankruptcy Court*

*Date:* 10/12/2004

**Jon D. Ceretto**
*Clerk of Court*

*11 /LRL*